No. 3691.—PÉREZ AVILÉS, aplte., v. AGRAIT, ALCALDE, apdo.—C. D. Arecibo. Dic. 22, 1925. No. 3692.—MENDIN, aplte., v. AGRAIT, ALCALDE, apdo.—C. D. Arecibo. Dic. 22, 1925. No. 3713.—MORELL, aplte., v. AGRAIT, ALCALDE, apdo.—C. D. Arecibo. Dic. 23 1925. Confirmadas las sentencias por los fundamentos del caso de *mandamus* No. 3714, *Miranda* v. *Agrait,* de dic. 22, 1925, (pág. 796.)

No. 3740.—LÓPEZ & MORÁN, apltes., v. SOBRINOS DE EZQUIAGA, apdos.—C. D. San Juan. Disto. 1º. Dic. 23, 1925. No habiéndose hecho formar parte de la transcripción las alegaciones y las pruebas del pleito y estando sostenida la conclusión de la corte al fijar la cuantía por la propia prueba pericial del apelante practicada con motivo del memorándum, y no existiendo base sólida alguna para considerar dicha cuantía excesiva, *se confirma* la resolución apelada.

No. 3746.—BERNARDINO, aplte., v. HERRUITINEZ, apda.—C. D. Humacao. Desahucio. Dic. 23, 1925. No apareciendo que la corte errara al concluir que la evidencia demostraba la existencia de un conflicto de propiedad que no cabía decidir en un juicio de desahucio, motivo por el cual desestimó la demanda, *se declara sin lugar* el recurso y se confirma la sentencia apelada.

No. 2602.—EL PUEBLO, apelado, v. SANJURJO, aplte. — C. D. San Juan, Disto. 2º. Portar armas. Dic. 23, 1925. Apareciendo que no existe el único error que se alega consistente en la insuficiencia de la prueba, pues aquella parte de la misma creída por la Corte demuestra que el acusado formaba en una manifestación pública montado a caballo, portaba en las banastas un machete con la punta por fuera, sin autorización de ley para ello, debe declararse sin lugar el recurso *y confirmarse la sentencia apelada.*

No. 504.—''AURORA'', SOCIEDAD AGRÍCOLA, peticionaria, v. HON. M. MUÑOZ MORALES, J. D., demandado.—*Certiorari.* Enero 12, 1926. Denegado.